[No. 16860-0-II.    Division Two.    January 25, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK AARON WILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00481-7, James E. Warme, J., entered February 2, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 17385-9-II.    Division Two.    January 25, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRES GONZALES-RADILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00267-7, Don L. McCulloch, J., entered July 27, 1993. *Affirmed* by unpublished opinion per Petrich, J. Pro Tem., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 13150-5-III.    Division Three.    January 26, 1995.]

RETLAW ENTERPRISES, INC., *Respondent*, v. KEN BULEY, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 91-2-00016-4, Wallis W. Friel, J., entered March 4, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.